STEFANO ARAGON PARRA,

    Petitioner,

VS.                              CASE NO. 6:26-cv-686-JA-NWH

LOUIS A. QUINONES, JR.;
GARRETT J. RIPA; and KRISTI
NOEM,

    Respondents.

## ORDER

Before the Court is Petitioner's Emergency Motion to Order his Return to the Middle District of Florida. (Doc. 2).

Upon consideration of the Motion, it is **ORDERED** that the Motion (Doc. 2) is **GRANTED in part** as follows:

The United States Government, through its Agents, the Department of Homeland Security (DHS) and U.S. Immigration and Customs Enforcement (ICE), is hereby **ORDERED** to disclose in writing Petitioner's current confinement location and the person in charge of that facility within **72 hours of this Order** (by Thursday, April 2, 2026, at 1:00 P.M.).

**TAKE NOTICE** that the Court will issue a Writ of Habeas Corpus Ad Testificandum by separate order requiring the custodian to bring Petitioner to a hearing that will be scheduled for a later time in this matter.

**DONE** and **ORDERED** on March 30, 2026 at 12:37 p.m.

JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record
Respondents