# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

STEFANO ARAGON PARRA,

    Petitioner,

v.

                                   Case No. 6:26-cv-686-JA-NWH

LOUIS A. QUINONES, JR.;
GARRETT J. RIPA; and KRISTI
NOEM,

    Respondents.

---

## ORDER AND INJUNCTION

Before the Court is Stefano Aragon Parra's Petition for Writ of Habeas Corpus (Doc. 1).

At the hearing on the Petition for Writ of Habeas Corpus, Respondents agreed that the requirements of 8 U.S.C. § 1226 must be followed to effectuate a valid arrest in this case. However, the requirements of § 1226 are not met and it is unlikely that Mr. Aragon Parra will receive a meaningful bond hearing before an immigration judge, absent the relief granted in this Order. Accordingly, Mr. Aragon Parra is entitled to immediate release. Mr. Aragon Parra has shown a likelihood of success on the merits sufficient to justify the issuance of an injunction because Mr. Aragon Parra would suffer irreparable

injury absent relief, and the balance of equities and the public interest weigh in his favor.

Accordingly, it is **ORDERED and ADJUDGED**:

1. The Petition for Writ of Habeas Corpus (Doc. 1) is **GRANTED**.

2. Respondents are **DIRECTED** to immediately release Petitioner.

3. The Court **INCORPORATES BY REFERENCE** the reasoning of Judge Dalton in *Gimenez Rivero v. Mina*, Case No. 6:26-cv-66 (Doc. 15) (M.D. Fla. Mar. 19, 2026).

4. Respondents Louis A. Quinones, Jr., ICE/U.S. Immigration and Customs Enforcement; the ICE Field Office Director of the Orlando Field Office; the U.S. Department of Homeland Security; and all other persons or entities acting in active concert or participation with them, are **PERMANENTLY RESTRAINED AND ENJOINED** from detaining Mr. Aragon Parra under 8 U.S.C. § 1225. Respondents are **TEMPORARILY RESTRAINED AND ENJOINED** from detaining Mr. Aragon Parra under 8 U.S.C. § 1226 until at least **Friday, April 17, 2026**. Should Respondents elect to detain him under that statute after that date, Respondents are **DIRECTED** to release him within ten days of his detainer unless he is provided with a bond hearing before an immigration judge within that ten-day period. If he is re-detained and released, Respondents must facilitate his transportation

2

from the detention facility by notifying his counsel of the time and place where he may be collected.

5. No security bond is required for this injunction as the Court deems it unnecessary.

6. Mr. Aragon Parra is **DIRECTED** to notify his counsel should his place of residence change while his immigration proceedings are ongoing.

7. The Court **RETAINS** jurisdiction to enforce the terms of this Order. If Mr. Aragon Parra is later detained and deprived of a timely hearing but not released as ordered herein, he may move to reopen this case without opening a new file. The Court also retains jurisdiction to consider the matter of fees and costs.

8. ICE shall immediately deliver to Mr. Aragon Parra all of his property and immigration documents in its possession upon his request.

9. All of Mr. Aragon Parra's personal property and immigration documents not currently located at the Immigration and Customs Enforcement (ICE) Facility at 9495 Delegates Drive Orlando, FL 32837 shall be delivered by Respondents to that ICE facility within **forty-eight hours** of this Order—before April 9, 2026, at 2:30 p.m. Mr. Aragon Parra or a person designated by Mr. Aragon Parra in writing to receive the property or documents may make the request for return of the property before April 17, 2026, at the ICE facility located at 9495

Delegates Drive Orlando, FL 32837.  ICE personnel are otherwise **ENJOINED** from removing Mr. Aragon Parra's personal property and immigration documents from its Delegates Drive facility.  Respondents are **PROHIBITED** from re-detaining Mr. Aragon Parra if he personally appears at the Delegates Drive facility to retrieve his personal property and immigration documents within **ten days** from the date of this Order.

10.    Once Mr. Aragon Parra is released from custody, Mr. Aragon Parra's counsel is **DIRECTED** to file a notice within 24 hours confirming release.

**DONE** and **ORDERED** on April ⟨17⟩, 2026 at ⟨3⟩:⟨44⟩ p.m.

JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record
Respondents

4