# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

STEFANO ARAGON PARRA,

    Petitioner,

v.                                                           Case No. 6:26-cv-686-JA-NWH

LOUIS A. QUINONES, JR.;
GARRETT J. RIPA; and KRISTI
NOEM,

    Respondents.

_____

## ORDER

    This Order corrects a scrivener's error in the date of the Order (Doc. 10) issued yesterday. The Order was signed on April 7, 2026, after the hearing—not April 17, 2026.

    **DONE** and **ORDERED** on April 8, 2026.

                                      JOHN ANTOON II
                                      United States District Judge

Copies furnished to:
Counsel of Record
Respondents